UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED 08 JUN 30 AM 9:53

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Jose ROCHA-Sanchez (AKA: Eduardo AMBRIZ-Hurtado)** Defendant. | Magistrate Case No. '08 MJ 1985 <br> COMPLAINT FOR VIOLATION OF: <br> Title 8, U.S.C., Section 1326; Deported Alien Found in the United States |

DEPUTY

The undersigned complainant, being duly sworn, states:

On or about**, June 22, 2008**, within the Southern District of California, defendant, **Jose ROCHA-Sanchez (AKA: Eduardo AMBRIZ-Hurtado)**, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Immigration Enforcement Agent,
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **30th** DAY OF **June 2008.**

UNITED STATES MAGISTRATE JUDGE

**Amended**

## PROBABLE CAUSE STATEMENT

On Sunday, June 22, 2008, the defendant identified as Jose ROCHA-Sanchez (AKA: Eduardo AMBRIZ-Hurtado) was arrested by the California Highway Patrol for violation of Vehicle Code 23152 "DUI: ALCOHOL/DRUGS" and booked into county jail. While in the custody of county jail, an Immigration Enforcement Agent determined the defendant to be a citizen of Mexico and placed a Form I-247 "Immigration Detainer" pending his release. On Friday, June 27, 2008, at approximately 9:30 a.m. the defendant was referred to the custody of Immigration and Customs Enforcement (ICE). A Deportation Officer reviewed various sources of information and conducted official record checks confirming the defendant to be a citizen of Mexico having been previously removed from the United States on at least six occasions.

A thorough review of official immigration computer database record checks and information contained in the Alien Registration file revealed the defendant was most recently ordered removed from the United States by an Immigration Judge on or about April 30, 1997 and removed to Mexico. Record checks further revealed that the defendant was most recently issued a re-instatement of removal on or about August 24, 2004 and removed to Mexico via the Otay Mesa Port of Entry. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System "IDENT" and Automated Fingerprint identification System "IAFIS" were utilized and compared the defendant's fingerprints to those contained in these databases. The results confirmed the defendant's identity as Jose ROCHA-Sanchez a citizen and national of Mexico. A photograph and a set of fingerprints contained within the official Alien Registration File were also reviewed and compared to the defendant, further confirming his identity.

**CONTINUATION OF COMPLAINT:**
**NAME: ROCHA-Sanchez, Jose (AKA: AMBRIZ-Hurtado, Eduardo)**

## PROBABLE CAUSE STATEMENT

I, United States Immigration and Customs Enforcement (ICE) Deportation Officer, Gregory M. Harrison, declare under penalty of perjury the following to be true and correct:

On Sunday, June 22, 2008, the defendant identified as Jose ROCHA-Sanchez (AKA: Eduardo AMBRIZ-Hurtado) was arrested by the California Highway Patrol for violation of Vehicle Code 23152 "DUI: ALCOHOL/DRUGS" and booked into county jail. While in the custody of county jail, an immigration Enforcement Agent determined the defendant to be a citizen of Mexico and placed a Form I-247 "Immigration Detainer" pending his release. On Friday, June 27, 2008, at approximately 9:30 a.m. the defendant was referred to the custody of Immigration and Customs Enforcement (ICE). A Deportation Officer reviewed various sources of information and conducted official record checks confirming the defendant to be a citizen of Mexico having been previously removed from the United States on at least six occasions.

A thorough review of official immigration computer database record checks and information contained in the Alien Registration file revealed the defendant was most recently ordered removed from the United States by an Immigration Judge on or about August 02, 2004 and removed to Mexico via the San Ysidro Port of Entry. Record checks further revealed that the defendant was most recently issued a re-instatement of removal on or about August 24, 2004 and removed to Mexico via the Otay Mesa Port of Entry. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System "IDENT" and Automated Fingerprint identification System "IAFIS" were utilized and compared the defendant's fingerprints to those contained in these databases. The results confirmed the defendant's identity as Jose ROCHA-Sanchez a citizen and national of Mexico. A photograph and a set of fingerprints contained within the official Alien Registration File were also reviewed and compared to the defendant, further confirming his identity.

EXECUTED ON THIS **27th** DAY OF **June 2008** AT **5:00 p.m.**

Gregory M. Harrison
Deportation Officer

On the basis of the facts presented in the Probable Cause Statement consisting of **(1)** page, I find probable cause to believe that the defendant named therein committed the offense on **June 22, 2008** in violation of Title 8, United States Code, Section 1326.

U.S. MAGISTRATE JUDGE

6/27/08 at 8:30pm
DATE / TIME